**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**WILLARD EUGENE BERRY,
ADC #660408**                                                    **PLAINTIFF**

**V.**                      **CASE NO. 3:15-CV-378 BSM/BD**

**BRIAN DOSS, et al.**                                           **DEFENDANTS**

**ORDER**

    Willard Berry, an inmate formerly housed at the Northeast Arkansas Community Correction Center ("NEACCC"), filed this lawsuit pro se under 42 U.S.C. § 1983. (Docket entry #2)  Mr. Berry claims that he has been sexually assaulted by multiple inmates and that the Defendants failed to intervene to assist him.  Because his original complaint was deficient, Mr. Berry was instructed to file an amended complaint.  (#4)  Mr. Berry has now filed an amended complaint.  (#5)

    In his amended complaint, Mr. Berry alleges that Defendants Doss, McFarlin, and Hardesty were aware that his continued incarceration at the NEACCC posed a risk to his health or safety.  As a result, service is proper for those Defendants.

    The Clerk of Court is directed to prepare summonses for Defendants Doss, McFarlin, and Hardesty.  The United States Marshal is directed to serve copies of the complaint and the amended complaint, with any attachments (#2, #5), and summonses for these Defendants without requiring prepayment of fees and costs or security.  Service for these Defendants should be through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

Mr. Berry's claims against the remaining Defendants will be addressed in a separate order

IT IS SO ORDERED, this 18th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE