**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**WILLARD EUGENE BERRY,
ADC #660408**                                                                                      **PLAINTIFF**

**V.**                       **CASE NO. 3:15-CV-378 BSM/BD**

**BRIAN DOSS, et al.**                                                                             **DEFENDANTS**

**ORDER**

Willard Berry, an inmate formerly housed at the Northeast Arkansas Community Correction Center ("NEACCC"), filed this lawsuit pro se under 42 U.S.C. § 1983. (Docket entry #2)  Mr. Berry claims that he was sexually assaulted by multiple inmates and that the Defendants failed to intervene to assist him.

The Court previously issues summonses for Defendants Doss, McFarlin, and Hardesty.  (#7)  Those summonses, however, have now been returned to the Court unexecuted with notations that service for Defendants Doss and McFarlin should be attempted though counsel for ACC, and more information was necessary to perfect service for Defendant Hardesty.  (#8, #9, #10)

Therefore, the Clerk of the Court is directed to re-issue summons for Defendants Doss, McFarlin, and Hardesty.  The United States Marshal is directed to serve copies of the complaint and the amended complaint, with any attachments (#2, #5), and summonses for these Defendants without requiring prepayment of fees and costs or security.  Service for these Defendants should be through Wade Hodge, General Counsel for the ACC,

Department of Community Correction, Two Union Nat'l Plaza, 3rd Floor, 105 West Capitol, Little Rock, Arkansas 72201.

    IT IS SO ORDERED, this 8th day of January, 2016.

                                                _____
                                                UNITED STATES MAGISTRATE JUDGE