# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**WILLARD EUGENE BERRY,**                                                              **PLAINTIFF**
**ADC #660408**

**v.**                        **CASE NO. 3:15CV00378 BSM**

**BRIAN DOSS, et al.**                                                                 **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful consideration, the partial recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff Willard Berry's claims against defendants Henson and Coleman are dismissed without prejudice.

2. Plaintiff's claim that the defendants failed to provide him with adequate medical treatment is dismissed without prejudice.

IT IS SO ORDERED this 26th day of January 2016.

_____
UNITED STATES DISTRICT JUDGE