IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM EUGENE BERRY,
ADC #660408                                                                                       PLAINTIFF

V.                          CASE NO. 3:15-CV-378 BSM/BD

BRIAN DOSS, et al.                                                                             DEFENDANTS

## ORDER

On December 18, 2015, the Court instructed Mr. Berry to notify the Court whether Defendant Sparks is an Arkansas Department of Correction ("ADC") inmate or an ADC officer to determine whether Mr. Sparks should be allowed to proceed on his claims against Defendant Sparks. (Docket entry #6) To date, Mr. Sparks has not responded to the Court's order. Mr. Berry has fourteen days from the date of this Order to notify the Court whether Defendant Sparks is an ADC inmate or officer. Failure to comply with the Court's order could result in the dismissal of Mr. Berry's claims against Defendant Sparks. Local Rule 5.5.

IT IS SO ORDERED, this 10th day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE