# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**WILLARD EUGENE BERRY,**
**ADC #660408**                                                                           **PLAINTIFF**

**V.**                            **CASE NO. 3:15-CV-378 BSM/BD**

**BRIAN DOSS, et al.**                                                                     **DEFENDANTS**

## ORDER

Willard Berry, an inmate formerly housed at the Northeast Arkansas Community Correction Center, filed this lawsuit pro se under 42 U.S.C. § 1983. (Docket entry #2) Mr. Berry claims that he was sexually assaulted by multiple inmates and that the Defendants failed to intervene to assist him.

The Court previously instructed Mr. Berry to inform the Court whether Defendant Jeremy Sparks is an inmate or an ADC officer. (#20) Mr. Berry has now complied with the Court's Order, and service is now proper for Defendant Sparks.

The Clerk of Court is directed to issue a summons for Defendant Jeremy Sparks. The United States Marshal is directed to serve copies of the complaint and the amended complaint, with any attachments (#2, #5), and a summons for Defendant Sparks without requiring prepayment of fees and costs or security. Service for this Defendant should be through Wade Hodge, General Counsel for the ACC, Department of Community Correction, Two Union Nat'l Plaza, 3rd Floor, 105 West Capitol, Little Rock, Arkansas 72201.

The Clerk is also directed to update the docket sheet with Mr. Berry's new address, Arkansas Department of Correction, Tucker Unit, Post Office Box 240, Tucker, Arkansas, 72168, as indicated in his recent filings.

IT IS SO ORDERED, this 26th day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE