**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**WILLARD EUGENE BERRY**                                                    **PLAINTIFF**

**V.**                      **CASE NO. 3:15CV00378 BSM**

**BRIAN DOSS, et al.**                                                          **DEFENDANTS**

**ORDER**

The partial recommended disposition submitted by United States Magistrate Judge Beth Deere and plaintiff's objections thereto have been reviewed. After carefully considering these documents and reviewing the record *de novo*, the partial recommended disposition is hereby adopted in all respects. In his objection, plaintiff Willard Berry states that he does not speak the language of the court, and it appears that he thinks Judge Deere is recommending the dismissal of all of his claims. So that it is plainly clear, Judge Deere has merely recommended the dismissal without prejudice of plaintiff's claims against the "John Doe" or unidentified defendants.

Berry's claims against the Doe defendants are dismissed without prejudice. Plaintiff's claims against defendants Doss, McFarlin, Sparks, and Hardesty will proceed.

IT IS SO ORDERED this 22nd day of June 2016.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE