# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**WILLARD EUGENE BERRY**                                            **PLAINTIFF**

v.                   **CASE NO. 3:15-CV-00378 BSM**

**BRIAN DOSS, et al.**                                                       **DEFENDANTS**

## ORDER

Plaintiff Willard Berry's motion to appoint counsel [Doc. No. 68] is denied, without prejudice.

There is no constitutional right to legal representation in civil cases, though a court may, in its discretion, appoint counsel. *Phillips v. Jasper County Jail*, 437 F.3d 791, 794 (8th Cir. 2006). The motion for the appointment of counsel is denied because the issues in this case are neither factually nor legally complex, and Berry appears to be able to adequately present his claims.

IT IS SO ORDERED this 17th day of September 2018.

                                                                                               UNITED STATES DISTRICT JUDGE