# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**WILLARD EUGENE BERRY**                          **PLAINTIFF**

**V.**                **CASE NO. 3:15-CV-378-BSM-BD**

**BRIAN DOSS, et al.**                                   **DEFENDANTS**

## ORDER

Defendants' interlocutory appeal has been dismissed for lack of jurisdiction. (Docket entries #64, #67) The parties have not consented to the jurisdiction of the Magistrate Judge. Accordingly, a jury trial setting on the docket of Chief Judge Brian S. Miller is now appropriate on Mr. Berry's failure-to-protect claims for money damages against Defendants Brian Doss, Carol McFarlin, and Karen Hardesty[1] in their individual capacities.

DATED this 29th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk is directed to update the docket sheet to indicate the full name of Defendant Karen Hardesty as indicated in her pleadings.