# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**WILLARD EUGENE BERRY**                          **PLAINTIFF**

**v.**                **CASE NO: 3:15CV00378 BSM**

**BRIAN DOSS, et al**                               **DEFENDANT**

## JUDGMENT

Pursuant to the verdict returned by the jury on February 20, 2019, following two days of trial;

IT IS ORDERED, ADJUDGED AND DECREED that, on claims of plaintiff Willard Eugene Berry against Brian Doss, Karen Hardesty, and Carol McFarlin, judgment is rendered in favor of defendants Brian Doss, Karen Hardesty, and Carol McFarlin.

Plaintiff shall have fourteen (14) days in which to file his motion for attorneys' fees and costs. Defendants shall have seven (7) days to file their response.

IT IS SO ORDERED this 25th day of February 2019.

                                         _____
                                         UNITED STATES DISTRICT JUDGE