IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**WILLARD BERRY**                                                                              **PLAINTIFF**

**v.**                           **CASE NO. 3:15-CV-00378 BSM**

**BRIAN DOSS, et al.**                                                     **DEFENDANTS**

## ORDER

Don Etherly's motion for out-of-pocket costs [Doc. No. 92] is granted, and the clerk is directed to pay $636.94 from the library fund to Mr. Etherly. This figure accounts for the fact that reimbursement for mileage is $0.58 per mile, not $0.54 per mile as listed in the motion. The clerk is directed to retain a copy of this order and the motion in the library fund file.

IT IS SO ORDERED this 1st day of March 2019.

_____
UNITED STATES DISTRICT JUDGE